**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **GEORGE V. GRIFFITH, III** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **FRANK BISIGNANO, Acting** | : | |
| **Commissioner of Social Security** | : | **NO. 24-179** |

## ORDER

**NOW**, this 1st day of December, 2025, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (Doc. No. 12), the defendant's response, the plaintiff's reply to the response, the Report and Recommendation of United States Magistrate Judge José Raúl Arteaga (Doc. No. 18), the plaintiff's objections to the Report and Recommendation, and the defendant's response to the objections, and after a thorough and independent review of the record, it is **ORDERED** as follows:

1. The plaintiff's objections are **OVERRULED**;

2. The Report and Recommendation of Magistrate Judge José Raúl Arteaga is **APPROVED** and **ADOPTED**[1]; and

3. The plaintiff's request for review is **DENIED**.

TIMOTHY J. SAVAGE, J.

---

[1] Magistrate Judge José Raúl Arteaga's Report and Recommendation was thorough and well-reasoned. We agree with him that there was substantial evidence in the administrative record to support Administrative Law Judge Lisa B. Parrish's decision.